## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

In re:

JAMES N. BURRUS,                          Bankruptcy Case No. 12-34352 EEB

Debtor.                                   Chapter 13

### ORDER TO EXTEND TIME

THIS MATTER comes before the Court upon the NATIONSTAR MORTGAGE LLC's ("Nationstar") Motion to Extend Time to file its Response to the Chapter 13 Trustee's Notice of Final Cure Payment on November 13, 2017 ("Motion"). The Court having read the Motion and the file, and being advised in the premises does hereby

ORDER that the Motion for Extension of Time for Nationstar to file its Response is GRANTED.

DATED this 8th day of December, 2017.

BY THE COURT:

_____
Elizabeth E. Brown, Bankruptcy Judge